# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0841.  DABAKH FREIGHT SERVICES, INC. et al. v. KHUDHAIR.**

This appeal comes to this Court following the grant of two separate interlocutory applications that were filed by the appellants. Now, Dabakh Freight Services, Inc., Fabakary Jammeh, and National Indemnity Company have filed a motion to partially withdraw their appeal as it relates to the arguments concerning National Indemnity Company. We hereby **GRANT** this motion.

As to the remaining issues on appeal, we **DISMISS** the appeal as having been improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/22/2019*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*